```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0083--CV (RRB)
"PATRICK R. HARVEY V MARC ANTRIM"

Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
    Referral Rule:  4(4)
            Filed: 04/19/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (530) Habeas Corpus: General
                  28:2254
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $5.00 on 04/19/05 receipt # 00125530
         Trial by:
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | HARVEY, PATRICK ROBERT | No counsel found for this party! |
| DEF 1.1 | ANTRIM, MARC | Nancy R. Simel<br>Attorney General's Office<br>310 K Street, Suite 308<br>Anchorage, AK 99501<br>907-269-6250 |
| DEF 2.1 | [T] MARQUEZ, DAVID | No counsel found for this party! |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A05-0083--CV (RRB)
                                "PATRICK R. HARVEY V MARC ANTRIM"

                                       For all filing dates
```

```
 Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
   Referral Rule:  4(4)
           Filed: 04/19/05
          Closed: NO

    Jurisdiction: (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (530) Habeas Corpus: General
                  28:2254
          Origin: (1) Original Proceeding
          Demand:
      Filing fee: Paid $5.00 on 04/19/05 receipt # 00125530
        Trial by:
```

```
Document #  Filed     Docket text

    1 -  1  04/19/05  PLF 1 Petition for Writ of H/C per 28:2254.

    2 -  1  05/02/05  RRB Order directing service and response.  The Attorney General of the
                      SOA, named by petition in error is dismissed as a respondent in this
                      case.  Petitioner may request court appointed counsel or file a notice
                      of intent to proceed w/out counsel by 5/30/05. respondent has 30 days to
                      fle an answer or responsive pleading.  The court may hold an evidentiary
                      hrg or eaither party may make a mot and request one w/in 30 days after
                      respondent files an answer.  Petition shall follow Local Rules and the
                      Federal Rules as stated. This case is referred to Magistrate Judge
                      Roberts under LMR 4(4).  The clek is directed to send the petitioner
                      form USDCA 40, CJA 23 & a pro se handbook.  The clerk shall send Douglas
                      Kossler a copy of the petition at dkt 1.  cc: P. Harvey w/forms USDCA
                      40, CJA 23 & pro se handbook, D. Kossler w/cy of the petition, MJ
                      Roberts

    3 -  1  05/05/05  DEF 1 Attorney Appearance of N. Simel.

    4 -  1  05/23/05  PLF 1 motion (application) for appointment of counsel w/att aff..

    5 -  1  05/24/05  JDR Minute Order granting motion (application) for appointment of
                      counsel (4-1); FPD to designate CJA cnsl; cnsl to confer w/petitioner &
                      file amended 2254 or notice of none due 6/28/05; respondent's answer due
                      7/28/05. cc: cnsl, FPD CJA Clerk

    6 -  1  07/07/05  PLF 1 Attorney Appearance of Mary Geddes.

    7 -  1  07/07/05  PLF 1 motion to accept late-file request for add time to file amended
                      petition w/att aff.

    7 -  2  08/12/05  JDR Order granting motion to accept late-file request for add time to
                      file amended petition (7-1); Amended 2254 due 8/29/05; answer due
                      9/29/05. cc: cnsl

    8 -  1  08/17/05  PLF 1 Unopposed motion to ext time for flg amended petition w/att aff.

    9 -  1  08/19/05  JDR Order granting unopposed motion to ext time for flg amended petition
                      (8-1); amended pet due 10/3; respondents answ due 11/3. cc: cnsl
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A05-0083--CV (RRB)
                              "PATRICK R. HARVEY V MARC ANTRIM"

                                     For all filing dates

Document #    Filed       Docket text
──────────    ─────       ───────────

  10 -   1    10/03/05    DEF 1 Unopposed motion to continue deadlines for filing of amended
                          petition until 11/3/05.

  11 -   1    10/04/05    JDR Order granting unopposed motion to continue deadlines for filing of
                          amended petition (10-1); amended petition due 11/3/05. cc: cnsl

  12 -   1    11/03/05    PLF 1 motion to allow reassignment of case to CJA cnsl & for ext of time
                          to file answering brief w/att aff.

  13 -   1    11/04/05    JDR Minute Order granting motion to allow reassignment of case to CJA
                          cnsl & for ext of time to file (12-1); FPD to dsignate CJA cnsl; cnsl to
                          confer w/pet & file amended 2254 or dsmssl due 12/12/05; respondent's
                          answer due 1/12/06. cc: cnsl

  14 -   1    11/07/05    CJA appointment of Abigail Sheldon for plf.
```