Abigail E. Sheldon
Attorney at Law
P.O. Box 873133
Wasilla, Alaska 99687
(907) 376-9562

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK ROBERT HARVEY ) | |
| ) | |
| Petitioner, ) | Case No. A05-0083 CV (RRB) |
| ) | |
| vs. ) | |
| ) | **UNOPPOSED MOTION TO** |
| MARC ANTRIM, ) | **CONTINUE DEADLINES FOR** |
| ) | **FILING OF AMENDED** |
| Respondent. ) | **PETITION** |
| ) | |

Petitioner, Patrick Robert Harvey, by and through counsel Abigail E. Sheldon, Attorney at Law, moves this court for additional time to prepare and submit his amended petition. Two additional months are sought because counsel recently received the case with approximately 15 banker boxes of materials and counsel has not yet been able to review the entire case or contact the defendant. Assistant Attorney General Nancy Simel has been contacted and she does not oppose a two months' extension of time.

Respectfully submitted this 12th day of December, 2005.

*Abigail E. Sheldon*
Abigail E. Sheldon
Attorney at Law
Ak. Bar No.: 9711058

Certification:

I certify that on December 12, 2005, I mailed a copy of this document to:

Nancy R. Simel, Esq.
Assistant Attorney General
Office of Special Prosecutions & Appeals
310 K Street, Suite 308
Anchorage, AK 99501

*Abigail E. Sheldon*
Abigail E. Sheldon

Abigail E. Sheldon
Attorney at Law
P.O. Box 873133
Wasilla, Alaska 99687
(907) 376-9562

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PATRICK ROBERT HARVEY, | ) | |
| | ) | |
| Petitioner, | ) | Case No. A05-0083 CV (RRB) |
| | ) | |
| vs. | ) | |
| | ) | **AFFIDAVIT OF COUNSEL** |
| MARC ANTRIM, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

STATE OF ALASKA           )
                          ) ss.
THIRD JUDICIAL DISTRICT   )

I, Abigail E. Sheldon, being duly sworn upon oath, deposes and states the following:

1. I am the attorney presently assigned to represent the defendant in the above-captioned matter;

///

///

///

///

///

2. All the representations contained in the attached motion are true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

_Abigail E. Sheldon_
Abigail E. Sheldon

SUBSCRIBED AND SWORN to before me this 12 day of December, 2005.

OFFICIAL SEAL
**Patricia Greenstreet**
Notary Public-State of Alaska
My Comm. Expires 04-15-2009

_Patricia Greenstreet_
Notary Public in and for Alaska
My commission expires: 4-15-09