**FILED**
DEC 13 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____

UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| PATRICK ROBERT HARVEY, ) | |
| ) | |
| Petitioner, ) | Case No. A05-0083 CV (RRB) |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MARC ANTRIM, ) | |
| ) | |
| Respondent. ) | |

After due consideration of petitioner's UNOPPOSED MOTION TO CONTINUE DEADLINE FOR FILING AMENDED PETITION, the court GRANTS/~~DENIES~~ the motion. The amended petition is now due on *as stated below*

DATED _Dec 13_, 2005, in Anchorage, Alaska.

*John D. Roberts*
JOHN D. ROBERTS
U.S. Magistrate Judge

**Amended Petition** due
on or before February 13, 2006
**Answer** due on or before
March 13, 2006

A05-0083-CV (RRB)
---------------------
M. SIMEL (AG-STE-909)   12/13/05