Abigail E. Sheldon
Attorney at Law
P.O. Box 873133
Wasilla, Alaska 99687
(907) 376-9562
Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PATRICK ROBERT HARVEY | ) | |
| | ) | |
| Petitioner, | ) | Case No. 3:05-cv-0083 (RRB) |
| | ) | |
| vs. | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| MARC ANTRIM, | ) | **CONTINUE DEADLINES FOR** |
| | ) | **FILING OF AMENDED** |
| Respondent. | ) | **PETITION** |
| | ) | |
| _____ | ) | |

Petitioner, Patrick Robert Harvey, by and through counsel Abigail E. Sheldon, Attorney at Law, moves this court for additional time to prepare and submit his amended petition. One month is sought because the case involves approximately 15 banker boxes of materials and counsel is still reviewing the case. Assistant Attorney General Nancy Simel has been contacted and she does not oppose a months' extension of time.

Respectfully submitted this 12th day of February, 2006.

s/ Abigail E. Sheldon
P.O. Box 873133
Wasilla, AK 99687
(907) 376-9562
(907) 376-9563
AK Bar # 9711058

Certification:

I certify that on February 16th, 2006, I mailed
a copy of this document to:


Nancy R. Simel, Esq.
Assistant Attorney General
Office of Special Prosecutions & Appeals
310 K Street, Suite 308
Anchorage, AK 99501
s/Abigail E. Sheldon