Abigail E. Sheldon
Attorney at Law
P.O. Box 873133
Wasilla, Alaska 99687
(907) 376-9562
Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK ROBERT HARVEY )<br>)<br>    Petitioner, )<br>)<br>vs. )<br>)<br>MARC ANTRIM, )<br>)<br>    Respondent. )<br>_____) | Case No. 3:05-cv-0083 (RRB)<br><br>**ORDER** |

After due consideration of petitioner's UNOPPOSED MOTION TO CONTINUE DEADLINE FOR FILING AMENDED PETITION, the court GRANTS/DENIES the motion.  The amended petition is now due on _____.

DATED _____, 2006 in Anchorage, Alaska.

_____
U.S. District JUDGE/MAGISTRAGE JUDGE