Abigail E. Sheldon
Attorney at Law
P.O. Box 873133
Wasilla, Alaska 99687
(907) 376-9562

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

PATRICK ROBERT HARVEY,   )
                            )
      Petitioner,        )      Case No. A05-0083 CV  (RRB)
                            )
vs.                       )
                            )      **AFFIDAVIT OF COUNSEL**
MARC ANTRIM,        )
                            )
      Respondent.     )
                            )
_____)

STATE OF ALASKA      )
                         ) ss.
THIRD JUDICIAL DISTRICT   )

     I, Abigail E. Sheldon, being duly sworn upon oath, deposes and states the following:

     1.  I am the attorney presently assigned to represent the defendant in the above-

captioned matter;

///

///

///

///

///

Abigail E. Sheldon
Attorney at Law
P.O. Box 873133
Wasilla, AK 99687
Phone:  (907)376-9562
Fax: (907)376-9563

2. All the representations contained in the attached motion are true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

Abigail E. Sheldon

SUBSCRIBED AND SWORN to before me this _16_ day of February, 2005.

Notary Public in and for Alaska
My commission expires:    4·13·09

Abigail E. Sheldon
Attorney at Law
P.O. Box 873133
Wasilla, AK 99687
Phone: (907)376-9562
Fax: (907)376-9563