UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PATRICK ROBERT HARVEY ) | | |
| ) | | |
| Petitioner, ) | Case No. 3:05-cv-0083 | |
| ) | | |
| vs. ) | | |
| ) | **AMENDED PETITION FOR WRIT** | |
| MARC ANTRIM, ) | **OF *HABEAS CORPUS*** | |
| ) | | |
| Respondent. ) | | |
| ) | | |
| _____) | | |

COMES NOW Patrick Harvey, by and through counsel, Abigail E. Sheldon, Attorney at Law, and complains against the Respondent State of Alaska as follows:

1. Counsel has reviewed the case materials and believes the grounds for Mr. Harvey's initial petition have merit.

2. Counsel has reviewed the record and agrees that Mr. Harvey's grounds are cogent and based on the facts.

3. Counsel has reviewed the appellate and post-conviction relief efforts and it appears Mr. Harvey's initial petition is correct and he has exhausted all state court remedies.

4. Petitioner hereby adopts and relies on the grounds previously set forward in the petitioner's briefs for Appellate Case No.s A05814, A07963 and S11374 and petition for post-conviction relief, Case No. 3AN-95-2745 CI and in part on the Expert Opinion provided by Jim McCommas, Attorney at Law attached to this Amended Petition.

5. Petitioner hereby requests a briefing schedule for these issues to be addressed.

DATED this _12__ day of April, 2006, at Wasilla, Alaska.

s/Abigail E. Sheldon  
P.O. Box 873133  
Wasilla, AK, 99687  
Phone: (907) 376-9562  
Fax: (907) 376-9563  
E-mail:abigailbeacham@hotmail.com  
AK Bar # 9711058

Certification:

I certify that on April 12, 2006, I mailed a copy of this document to:

Nancy R. Simel, Esq.
Assistant Attorney General
Office of Special Prosecutions & Appeals
310 K Street, Suite 308
Anchorage, AK 99501

s/Abigail E. Sheldon