UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK ROBERT HARVEY ) | |
| ) | |
| Petitioner, ) | Case No. 3:05-cv-0083 |
| ) | |
| vs. ) | |
| ) | **PROPOSED ORDER** |
| MARC ANTRIM, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____) | |

Based on the petition filed by the petitioner and amended petition filed by counsel, the briefing schedule for this petition will be as follows:

_____

_____

_____

_____

SO ORDERED this _____ day of _____, 2006.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE