Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Nancy_Simel@law.state.ak.us

Attorney for Respondent Antrim

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK ROBERT HARVEY, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>MARC ANTRIM, )<br>COMMMISSIONER, )<br>DEPT. OF CORRECTIONS, **)**<br>)<br>Respondent. )<br>_____ ) | Case No. 3:05-cv-0083<br><br>MOTION TO EXTEND TIME UNTIL SEPTEMBER 14, 2006 FOR FILING ANSWER OR RESPONSIVE PLEADING |

Respondent Antrim asks this court to extend by thirty days the time for filing his answer or other pleading in response to Harvey's Statement of Grounds for *Habeas* Relief. The answer or other responsive pleading is currently due on August 15, 2006. If this court grants Antrim's request for an extension, the new due date will be September 14, 2006. Respondent Antrim has not

previously requested any extensions of time for the filing of this document. This motion is supported by the accompanying affidavit of undersigned counsel.

DATED August 15, 2006 , at Anchorage, Alaska.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL

        s/ Nancy R. Simel
            Assistant Attorney General
            State of Alaska, Dept. of Law
            Office of Special Prosecutions
                and Appeals
            310 K St., Suite 308
            Anchorage, Alaska 99501
            Telephone: (907) 269-6250
            Facsimile: (907) 269-6270
            e-mail: Nancy_Simel@law.state.ak.us
            Alaska Bar. No. 8506080

**Certificate of Service**

I certify that on August 15, 2006, a copy of the foregoing Motion to Extend Time Until September 14, 2006, for Filing Answer or Responsive Pleading and Proposed Order was served electronically on Abigail E. Sheldon.

        s/ Nancy R. Simel