IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| PATRICK ROBERT HARVEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 3:05-cv-0083 |
| | ) | **Proposed** |
| MARC ANTRIM, | ) | ORDER GRANTING MOTION TO |
| COMMMISSIONER, | ) | EXTEND TIME UNTIL |
| DEPT. OF CORRECTIONS, | **)** | SEPTEMBER 14, 2006 FOR FILING |
| | ) | ANSWER OR RESPONSIVE |
| Respondent. | ) | PLEADING |
| | ) | |

Respondent Antrim has asked this court to extend by thirty days the time for filing his answer or other pleading in response to Harvey's Statement of Grounds for *Habeas* Relief. Good cause having been shown, the new due date for the answer or other responsive pleading is September 14, 2006. Respondent Antrim shall file an answer or other pleading responding to Harvey's Statement of Grounds for *Habeas* Relief on or before September 14, 2006.

DATED August 15, 2006 , at Anchorage, Alaska.

_____
Magistrate Judge