Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Nancy_Simel@law.state.ak.us

Attorney for Respondent Antrim

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK ROBERT HARVEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-0083 |
| ) | |
| MARC ANTRIM, ) | AFFIDAVIT |
| COMMMISSIONER, ) | |
| DEPT. OF CORRECTIONS, **)** | |
| ) | |
| Respondent. ) | |
| ) | |

Nancy R. Simel affirms the following to be true and correct:

1. I am employed as an assistant attorney general in the office of special prosecutions and appeals. I have been assigned to represent Respondent Antrim in this habeas matter.

2. Because I have been working on numerous other appellate and habeas matters, I have not been able to complete respondent's answer or other responsive pleading.

3. I believe that, absent unforseen circumstances, I will be able to file the document within the time requested.

*Nancy R. Simel*

Subscribed to and affirmed before me on August 15, 2006, at Anchorage, Alaska.



*Vivien M. Noll*
Notary Public

### Certificate of Service

I certify that on August 15, 2006, a copy of the foregoing Affidavit was served electronically on Abigail E. Sheldon.

s/ Nancy R. Simel