IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Patrick Robert Harvey, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> Marc Antrim, ) <br> Commissioner, Dep't Corrections ) <br> Respondent. ) <br> _____ ) | Case No. 3:05cv-0083-TMB-JDR <br> PROPOSED <br> <u>ORDER TO REQUIRE COUNSEL</u> <br> <u>TO FURTHER CLARIFY THE</u> <br> <u>GROUNDS FOR HABEAS RELIEF</u> |

Based upon respondent's motion for further clarification of Harvey's habeas claims and good cause having been shown,

IT IS HEREBY ORDERED that on or before _____, counsel for Harvey shall file a statement further clarifying the grounds for habeas relief.

Dated this _____ day of _____, 2006.

_____
Timothy M. Burgess
U.S. District Court Judge