IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Patrick Robert Harvey, )<br>)<br>   Petitioner, )<br>)<br>vs. )<br>)<br>Marc Antrim, )<br>Commissioner, Dep't Corrections )<br>   Respondent. )<br>_____ ) | Case No. 3:05cv-0083-TMB-JDR<br>PROPOSED<br><u>ORDER TO REQUIRE COUNSEL</u><br><u>TO FURTHER CLARIFY THE</u><br><u>GROUNDS FOR HABEAS RELIEF</u> |

Based upon respondent's motion for further clarification of Harvey's habeas claims and good cause having been shown,

IT IS HEREBY ORDERED that on or before _____, counsel for Harvey shall file a statement further clarifying the grounds for habeas relief.

Dated this _____ day of _____, 2006.

                _____
                John D. Roberts
                U.S. Magistrate Judge