Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Nancy_Simel@law.state.ak.us

Attorney for Respondent Antrim

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK ROBERT HARVEY, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> MARC ANTRIM, ) <br> Commissioner, Dep't Corrections, ) <br> ) <br> Respondent. ) <br> ) | Case No. 3:05-cv-0083 <br> **Proposed** <br> <u>ORDER GRANTING RENEWED</u> <br> <u>MOTION TO REQUIRE</u> <br> <u>CLARIFICATION OF GROUNDS</u> <br> <u>ALLEGED FOR HABEAS RELIEF</u> |

Respondent Antrim has asked this court to require Harvey to further clarify his alleged grounds for habeas relief. Good cause having been shown, IT IS ORDERED that Harvey shall file either an amended habeas petition or a statement of grounds for relief that specifies the bases for his allegations of ineffective assistance of counsel on or before March ____, 2007.

DATED this _____ day of _____, 2007, at Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge