```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

PATRICK R. HARVEY           vs.  MARC ANTRIM

BEFORE THE HONORABLE  JOHN D. ROBERTS   CASE NO. 3:05-cv-00083-TMB

DEPUTY CLERK/RECORDER:      APRIL KARPER

APPEARANCES:   PLAINTIFF:   ABIGAIL E. SHELDON

               DEFENDANT:   NANCY R. SIMEL

PROCEEDINGS: STATUS CONFERENCE HELD MARCH 14, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:35 a.m. court convened.

Court and counsel heard re defendant's Motion for More Definite Statement to Further Clarify the Grounds for Habeas Relief (Dkt 36); **GRANTED**. Plaintiff's Statement of Grounds due **April 13, 2007**; defendant to file any challenges by **April 30, 2007**; plaintiff's answer or response due **May 14, 2007**.

At 10:58 a.m. court adjourned.

DATE:       March 14, 2007        DEPUTY CLERK'S INITIALS:   amk