Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Nancy_Simel@law.state.ak.us

Attorney for Respondent Antrim

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK ROBERT HARVEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-0083-TMB-JDR |
| ) | |
| MARC ANTRIM, ) | MOTION TO EXTEND TIME UNTIL |
| COMMMISSIONER, ) | JULY 26, 2007 FOR FILING |
| DEPARTMENT OF CORRECTIONS ) | ANSWER OR RESPONSIVE |
| ) | PLEADING |
| Respondent. ) | |
| ) | |

Respondent Antrim asks this court to extend by thirty days the time for filing his answer or other pleading in response to Harvey's Amended Statement of Grounds for *Habeas* Relief [Dkt. 39]. The answer or other responsive pleading is currently due on June 26, 2007. If this court grants Antrim's request for an extension, the new due date will be July 26, 2007. Respondent Antrim has not previously requested any extensions of time for the

filing of this document. This motion is supported by the accompanying affidavit of undersigned counsel.

DATED June 26, 2007, at Anchorage, Alaska.

> TALIS J. COLBERG
> ATTORNEY GENERAL
>
> s/ Nancy R. Simel
>    Assistant Attorney General
>    State of Alaska, Dept. of Law
>    Office of Special Prosecutions
>       and Appeals
>    310 K St., Suite 308
>    Anchorage, Alaska 99501
>    Telephone: (907) 269-6250
>    Facsimile: (907) 269-6270
>    e-mail: Nancy_Simel@law.state.ak.us
>    Alaska Bar. No. 8506080

### Certificate of Service

I certify that on June 26, 2007, a copy of the foregoing Motion To Extend Time Until July 26, 2007 For Filing Answer Or Responsive Pleading electronically on Abigail E. Sheldon.

> s/ Nancy R. Simel