Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Nancy_Simel@law.state.ak.us

Attorney for Respondent Antrim

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK ROBERT HARVEY, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>MARC ANTRIM, )<br>COMMMISSIONER, )<br>DEPARTMENT OF CORRECTIONS )<br>)<br>Respondent. )<br>_____ ) | Case No. 3:05-cv-0083-TMB-JDR<br><br>AFFIDAVIT |

Nancy R. Simel affirms the following to be true and correct:

1.  I am employed as an assistant attorney general in the office of special prosecutions and appeals.  I have been assigned to represent Respondent Antrim in this habeas matter.

2. Because I have been working on numerous other appellate and habeas matters, I have not been able to complete respondent's answer or other responsive pleading.

3. I will be out of the office on July 3, 5, and 6, and from July 16-20, 2007.

4. I believe that, absent unforeseen circumstances, I will be able to file the document within the time requested.

_Nancy R Simel_

Subscribed to and affirmed before me on June 26, 2007, at Anchorage, Alaska.



_Vivien M. Noll_
Notary Public