IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK ROBERT HARVEY, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>MARC ANTRIM, )<br>COMMMISSIONER, )<br>DEPARTMENT OF CORRECTIONS )<br>)<br>Respondent. )<br>_____) | Case No. 3:05-cv-00083-TMB-JDR<br><br>ORDER GRANTING MOTION TO<br>EXTEND TIME UNTIL JULY 26, 2007 FOR<br>FILING ANSWER OR RESPONSIVE<br>PLEADING |

Respondent Antrim has asked this court to extend by thirty days the time for filing his answer or other pleading in response to Harvey's Statement of Grounds for *Habeas* Relief. Good cause having been shown, the new due date for the answer or other responsive pleading is July 26, 2007. Respondent Antrim shall file an answer or other pleading responding to Harvey's Statement of Grounds for *Habeas* Relief on or before July 26, 2007. Reply, if any, shall be due August 3, 2007.

DATED this 27th day of JUNE, 2007, at Anchorage, Alaska.

                                                **/s/ John D. Roberts**
                                                John D. Roberts, Magistrate Judge