UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PATRICK ROBERT HARVEY | ) | |
| | ) | |
| Petitioner, | ) | Case No. 3:05-cv-0083 |
| | ) | |
| vs. | ) | |
| | ) | REQUEST FOR EXTENTION OF TIME TO FILE REPLY TO STATE'S RESPONSE TO **AMENDED PETITION FOR WRIT** |
| MARC ANTRIM, | ) | **OF *HABEAS CORPUS*** |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

COMES NOW Patrick Harvey, by and through counsel, Abigail E. Sheldon, Attorney at Law, and respectfully moves for an additional thirty days to file a reply to the State's response. The reason thirty days is requested is because counsel for the Petitioner has a homicide trial beginning Monday, August 13, 2007 that has commanded all of my time in recent weeks and is expected to take two to three weeks more. This delay is through no fault of Mr. Harvey.

Respectfully submitted this _19th__ day of August, 2007, at Wasilla, Alaska.

s/Abigail E. Sheldon
P.O. Box 873133
Wasilla, AK, 99687
Phone: (907) 376-9562
Fax: (907) 376-9563
E-mail:abigailbeacham@hotmail.com
AK Bar # 9711058

1

Certification:

I certify that on August 20, 2007, I mailed
a copy of this document to:

Nancy R. Simel, Esq.
Assistant Attorney General
Office of Special Prosecutions & Appeals
310 K Street, Suite 308
Anchorage, AK 99501

s/Abigail E. Sheldon