UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PATRICK ROBERT HARVEY | ) | |
| | ) | |
| Petitioner, | ) | Case No. 3:05-cv-0083 |
| | ) | |
| vs. | ) | |
| | ) | **PROPOSED ORDER** |
| MARC ANTRIM, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

    Based on the motion filed by the petitioner, petitioner's reply to Respondent's response is now due the _____ day of _____, 2007

    SO ORDERED this _____ day of _____, 2007.

                                            _____

                                            U.S. DISTRICT JUDGE/MAGISTRATE JUDGE