MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

PATRICK ROBERT HARVEY v. MARC ANTRIM

*3:05-cv-00083-TMB-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

The Respondent's response to the Amended Statement of Grounds filed at **Docket No. 44 shall be deemed a Motion to Dismiss**. Accordingly, Petitioner's Motion for Extension to Time to Respond to Docket No. 44 is GRANTED. Petitioner's response to the "Motion to Dismiss" shall be due on or before September 19, 2007. Respondent's reply, if any, shall be due October 10, 2007. **The Motion [22] for habeas relief shall be held in abeyance pending disposition of the motion to dismiss**.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

August 20, 2007

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2007\07 CV\3-05-cv-00083-TMB-JDR HARVEY @45 MO Re Mtn to Dismiss & Time for Responses.wpd