UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PATRICK ROBERT HARVEY | ) | |
| | ) | |
| Petitioner, | ) | Case No. 3:05-cv-0083 |
| | ) | |
| vs. | ) | |
| | ) | MOTION TO ACCEPT LATE FILED |
| | | OPPOSITION STATE'S MOTION TO DISMISS |
| MARC ANTRIM, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

   COMES NOW Patrick Harvey, by and through counsel, Abigail E. Sheldon, Attorney at Law, and respectfully thanks the court for the leniency in filing this response late. As was stated in Petitioner's Motion for Extension of Time to respond of August 19, 2007, counsel for Mr. Harvey had a homicide trial that commanded the majority of counsel's time for the months of July and August. Shortly after that request was made, during counsel's trial, counsel's computer was completely and hopelessly incapacitated by a blackout and counsel has been attempting to catch up on month's worth of caseload without benefit of an office computer. Counsel has only wrested word-processing capability from the damaged depths of her computer within the last week. As mentioned in an earlier pleading, these delays were no fault of Mr. Harvey's.

   Petitioner therefore requests the court accept this late-filed Opposition to Respondent's Motion to Dismiss.

   Respectfully submitted this _8th__ day of October, 2007, at Wasilla, Alaska.

<u>s/Abigail E. Sheldon</u>
P.O. Box 873133
Wasilla, AK, 99687
Phone: (907) 376-9562
Fax: (907) 376-9563
E-mail:<u>abigailbeacham@hotmail.com</u>
AK Bar # 9711058

Certification:

I certify that on October 9th, 2007, I mailed a copy of this document to:

Nancy R. Simel, Esq.
Assistant Attorney General
Office of Special Prosecutions & Appeals
310 K Street, Suite 308
Anchorage, AK 99501

s/Abigail E. Sheldon