UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK ROBERT HARVEY ) <br> ) <br>     Petitioner, ) <br> ) <br> vs. ) <br> ) <br> MARC ANTRIM, ) <br> ) <br>     Respondent. ) <br> ) <br> _____) | Case No. 3:05-cv-0083 <br><br> **PROPOSED ORDER** |

Based on the motion filed by the petitioner, petitioner's Motion to Accept Late Filed Opposition to Respondent's Motion to Dismiss is GRANTED.

SO ORDERED this _____ day of _____, 2007.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE