MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

PATRICK R. HARVEY     vs.     MARC ANTRIM

BEFORE THE HONORABLE  JOHN D. ROBERTS     CASE NO. 3:05-CV-00083-TMB

DEPUTY CLERK/RECORDER:     ALEXIS GUTIERREZ/SUZANNETTE LUCERO

APPEARANCES:    PLAINTIFF:    ABIGAIL E. SHELDON

                DEFENDANT:    NANCY R. SIMEL

PROCEEDINGS: SCHEDULING AND PLANNING CONFERENCE HELD 1/29/08:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:00 p.m. court convened.

Court and counsel heard re briefing on the merits.

Plaintiff to file briefing on the merits by **April 1, 2008.**

Defendant to file response by **June 2, 2008.**

Plaintiff to file reply by **June 17, 2008.**

Parties may file a request for oral argument if needed.

At 2:04 p.m. court adjourned.

DATE:    January 29, 2008     DEPUTY CLERK'S INITIALS: AXG/SCL

Revised 6/18/07