Abigail E. Sheldon
Attorney at Law
P.O. Box 873133
Wasilla, Alaska 99687
(907) 376-9562

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK ROBERT HARVEY )<br>)<br>　　Petitioner, )<br>)<br>vs. )<br>)<br>)<br>)<br>MARC ANTRIM, )<br>)<br>　　Respondent. )<br>)<br>_____ ) | Case No. 3:05-cv-0083 CV<br><br>**MOTION FOR PERMISSION<br>TO FILE LATE BRIEF** |

　　Petitioner, Patrick Robert Harvey, by and through counsel Abigail E. Sheldon, Attorney at Law, moves this court for additional time to complete the opening brief in the above captioned case. Counsel requests leave to file the brief Friday, April 18, 2008. Additional time is sought due to counsel's trial court schedule. In the last eight weeks counsel has had several time consuming contested matters including a felony drug trial.

　　Respectfully submitted this 15th day of April, 2008.

　　　　　　　　　　　　s/Abigail E. Sheldon
　　　　　　　　　　　　PO Box 873133
　　　　　　　　　　　　Wasilla, AK 99687
　　　　　　　　　　　　Telephone (907)376-9562
　　　　　　　　　　　　Fax(907) 376-9563
　　　　　　　　　　　　abigailbeacham@hotmail.com
　　　　　　　　　　　　AK Bar # 9711058

Certification:

I certify that on April 15th, 2008, I mailed
a copy of this document to:

Nancy R. Simel, Esq.
Assistant Attorney General
Office of Special Prosecutions & Appeals
310 K Street, Suite 308
Anchorage, AK 99501

_____
Abigail E. Sheldon