Abigail E. Sheldon
Attorney at Law
P.O. Box 873133
Wasilla, Alaska 99687
(907) 376-9562

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PATRICK ROBERT HARVEY | ) | |
|  | ) | |
| Petitioner, | ) | Case No. 3:05-cv-0083 |
|  | ) | |
| vs. | ) | **PROPOSED ORDER** |
|  | ) | |
| MARC ANTRIM, | ) | |
|  | ) | |
| Respondent. | ) | |
| _____ | ) | |

After due consideration of petitioner's MOTION FOR PERMISSION TO FILE LATE OPENING BRIEF, the court GRANTS/DENIES the motion. The petitioner's brief is now due on _____.


DATED _____, 2008 in Anchorage, Alaska.


_____
U.S. District JUDGE/MAGISTRAGE JUDGE