Abigail E. Sheldon
Attorney at Law
P.O. Box 873133
Wasilla, AK 99687
(907) 376-9562

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PATRICK ROBERT HARVEY, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 3:05-cv-0083 |
| | ) | |
| vs. | ) | **AFFIDAVIT OF COUNSEL** |
| | ) | |
| MARC ANTRIM, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

STATE OF ALASKA    )
                   ) ss.
THIRD JUDICIAL DISTRICT )

I, Abigail E. Sheldon, being duly sworn upon oath, deposes and states the following:

1. I am the attorney presently assigned to represent the petitioner in the above-captioned matter;

2. All the representations contained in the attached motion are true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

_Abigail E. Sheldon_
Abigail E. Sheldon

SUBSCRIBED AND SWORN to before me this 15 day of April, 2008.



_Carrie E. Lent_
Notary Public in and for Alaska
My commission expires: 2/22/12