Abigail E. Sheldon
Attorney at Law
P.O. Box 873133
Wasilla, Alaska 99687
(907) 376-9562



RECEIVED
APR 23 2008
CLERK, U.S. ___ ___ COURT
ANCHORAGE, A.K.

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK ROBERT HARVEY )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>MARC ANTRIM, )<br>)<br>Respondent. )<br>_____ ) | Case No. 3:05-cv-0083<br><br>NOTICE OF FILING |

  COMES NOW Patrick Harvey, by and through counsel, Abigail E. Sheldon, Attorney at Law, and files exhibit for the petitioner; Appellant Brief, Docket 62. This document is too lengthy to be filed electronically. Petitioner also hereby files the Affidavit originally to be attached to Petitioner's Motion for Permission to File Late Brief. The original electronically filed affidavit was evidently illegible and counsel is unable to correct the problem, so it is being filed in hard copy.

  DATED this 21st day of April, 2008, at Wasilla, Alaska.

            s/Abigail E. Sheldon
            P.O. Box 873133
            Wasilla, AK, 99687
            Phone: (907) 376-9562
            Fax: (907) 376-9563
            E-mail:abigailbeacham@hotmail.com
            AK Bar # 9711058

Certification:

I certify that on April 22, a copy of
this document is being mailed to:

Nancy R. Simel, Esq.
Assistant Attorney General
Office of Special Prosecutions & Appeals
310 K Street, Suite 308
Anchorage, AK 99501

s/Abigail E. Sheldon