Abigail E. Sheldon
Attorney at Law
P.O. Box 873133
Wasilla, Alaska 99687
(907) 376-9562



Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK ROBERT HARVEY, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> MARC ANTRIM, ) <br> ) <br> Respondent. ) <br> ) <br> _____ ) | Case No. 3:05-cv-0083 <br><br> **AFFIDAVIT OF COUNSEL** |

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

    I, Abigail E. Sheldon, being duly sworn upon oath, deposes and states the following:

    1. I am the attorney presently assigned to represent the petitioner in the above-captioned matter;

///

///

///

///

2. All the representations contained in the attached motion are true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

*Abigail E. Sheldon*
Abigail E. Sheldon

SUBSCRIBED AND SWORN to before me this 15 day of April, 2008.



*Carrie E. Lent*
Notary Public in and for Alaska
My commission expires: 2/22/12