Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: nancy.simel@alaska.gov

Attorney for Respondent Antrim

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK ROBERT HARVEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 3:05-cv-0083 |
| ) | |
| MARC ANTRIM, ) | MOTION TO EXTEND TIME UNTIL |
| COMMMISSIONER, ) | JUNE 23, 2008 FOR FILING |
| DEPARTMENT OF CORRECTIONS,) | RESPONSE TO BRIEF OF |
| ) | PETITIONER |
| Respondent. ) | |
| ) | |

Respondent Antrim asks this court to extend the time for filing his brief on the merits until June 23, 2008. At the status hearing on January 29, 2008, this court granted Harvey 60 days in which to file a brief on the merits and set April 1, 2008 as the due date for Harvey's brief. [*See* Doc. 58] At this status hearing, the court also set the due date for respondent's brief on the merits for 60 days after Harvey's due date, or June 2, 2008. [*See* Doc. 58] This court

granted Harvey an extension of time for filing his brief on the merits, and he ultimately filed his brief on April 21, 2008.  But when this court reset the due date for the respondent's brief on the merits, instead of allowing respondent 60 days in which to prepare its brief as contemplated at the status hearing, this court reset the respondent's due date for May 5, 2008, only 14 days after Harvey filed his brief.  Respondent Antrim has not previously requested any extensions of time for the filing of this document.  This motion is supported by the accompanying affidavit of undersigned counsel.

DATED May 5, 2008 , at Anchorage, Alaska.

>TALIS J. COLBERG
>ATTORNEY GENERAL
>
>s/ Nancy R. Simel
>    Assistant Attorney General
>    State of Alaska, Dept. of Law
>    Office of Special Prosecutions
>        and Appeals
>    310 K St., Suite 308
>    Anchorage, Alaska 99501
>    Telephone: (907) 269-6250
>    Facsimile: (907) 269-6270
>    e-mail: nancy.simel@alaska.gov
>    Alaska Bar. No. 8506080

**Certificate of Service**

I certify that on May 5, 2008, a copy of the foregoing Motion to Extend Time until June 23, 2008 for Filing Response to Brief of Petitioner was served electronically on **Abigail Sheldon**.

s/ **Nancy R. Simel**