IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| PATRICK ROBERT HARVEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 3:05-cv-0083 |
| | ) | **Proposed** |
| MARC ANTRIM, | ) | <u>ORDER GRANTING MOTION TO</u> |
| Commissioner, Dep't Corrections, | ) | <u>EXTEND TIME UNTIL JUNE</u> |
| | ) | <u>23,2008 FOR FILING RESPONSE</u> |
| Respondent. | ) | <u>TO BRIEF OF PETITIONER</u> |
| | ) | |

THIS MATTER having come before the court on the respondent's motion for extension of time, and the court being fully advised thereof;

IT IS HEREBY ORDERED that the response to petitioner's brief is due on June 23, 2008.

Dated this _____ day of _____, 2008.


_____
United States Magistrate Judge