Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: nancy.simel@alaska.gov

Attorney for Respondent Antrim

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| PATRICK ROBERT HARVEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 3:05-cv-0083 |
| | ) | |
| MARC ANTRIM, | ) | MOTION TO EXTEND TIME UNTIL |
| COMMMISSIONER, DEPARTMENT | | JULY 7, 2008 FOR FILING |
| OF CORRECTIONS, | ) | RESPONSE TO BRIEF OF |
| | ) | PETITIONER |
| Respondent. | ) | |
| | ) | |

Respondent Antrim asks this court to extend the time for filing his brief on the merits by fourteen days or until July 7, 2008.  Respondent Antrim previously requested and was granted an extension of time for the filing of this document after this court reset the due date for the response that was shorter than the time this court had allowed.  This motion is necessary to allow respondent adequate time to complete its response and to assemble the

documents to be lodged with this court; this motion is supported by the accompanying affidavit of undersigned counsel.

DATED June 23, 2008, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

s/ Nancy R. Simel
Assistant Attorney General
State of Alaska, Dept. of Law
Office of Special Prosecutions
and Appeals
310 K St., Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
e-mail: nancy.simel@alaska.gov
Alaska Bar. No. 8506080

## Certificate of Service

I certify that on June 23, 2008, a copy of the foregoing Motion to Extend Time until July 7, 2008 for Filing Response to Brief of Petitioner was served electronically on **Abigail Sheldon.**

**s/ Nancy R. Simel (8506080)**