IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK ROBERT HARVEY, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>MARC ANTRIM, )<br>Commissioner, Dep't Corrections, )<br>)<br>Respondent. )<br>_____ ) | Case No. 3:05-cv-0083<br>**Proposed**<br><u>ORDER GRANTING MOTION TO</u><br><u>EXTEND TIME UNTIL JULY 7,</u><br><u>2008 FOR FILING RESPONSE TO</u><br><u>BRIEF OF PETITIONER</u> |

THIS MATTER having come before the court on the respondent's motion for extension of time, and the court being fully advised thereof;

IT IS HEREBY ORDERED that the response to petitioner's brief is due on July 7, 2008.

Dated this _____ day of _____, 2008.

_____
United States Magistrate Judge