Nancy R. Simel
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: nancy.simel@alaska.gov

Attorney for Respondent Antrim

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| PATRICK ROBERT HARVEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 3:05-cv-0083 |
| | ) | |
| MARC ANTRIM, | ) | NOTICE OF LODGING |
| COMMMISSIONER, DEPARTMENT | | |
| OF CORRECTIONS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Respondent Antrim gives notice to the court and counsel that it is

lodging the following documents with the court:

1.    Indictment, dated May 10, 1993;

2.    *Harvey v. State*, Memorandum Opinion & Judgment No. 3489
       (Alaska App., November 13, 1996;

3.    *Harvey v. State*, Memorandum Opinion No. 4812 (Alaska App.,
       January 14, 2004);

4.      Petition for Post-Conviction Relief, filed on April 4, 1995;

5.      Memorandum Of Points And Authorities, filed on April 4, 1995;

6.      First Amended Application for Post-Conviction Relief, filed on April 6, 1999;

7.      Affidavit of Michael G. Karnavas, dated April 3, 1995;

8.      Cover Letter and Report Of D.H. Kaye, dated February 14, 2000;

9.      *Harvey v. State*, Alaska Supreme Court No. S-11374, Order (May 19, 2004);

10.     Trial Transcript;

11.     Post-Conviction Relief Hearing Transcript;

12.     Deposition of Michael G. Karnavas Transcript.

DATED July 7, 2008, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

s/ Nancy R. Simel
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions
      and Appeals
   310 K St., Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   e-mail: nancy_simel@alaska.gov
   Alaska Bar. No. 8506080

**Certificate of Service**

I certify that on July 7, 2008, a copy of the foregoing Notice of Lodging was served electronically on **Abigail Shelton**

s/ **Nancy R. Simel**