Abigail E. Sheldon
Attorney at Law
P.O. Box 873133
Wasilla, Alaska 99687
(907) 376-9562

Attorney for Defendant



RECEIVED
AUG 11 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK ROBERT HARVEY,  Petitioner, vs. MARC ANTRIM, Respondent. | Case No. 3:05-cv-0083  MOTION FOR EXTENSION OF TIME |

COMES NOW Patrick Harvey, by and through counsel, Abigail E. Sheldon, Attorney at Law, and requests a extension of the deadline to file a reply to the state's opposition to Petitioner's brief until August 15, 2008. Petitioner requests brief additional time due to counsel's trial schedule. Counsel expects to complete the reply by the deadline requested. Counsel was unable to file this motion electronically due to technical difficulties.

                 s/Abigail E. Sheldon
                 P.O. Box 873133
                 Wasilla, AK, 99687
                 Phone: (907) 376-9562
                 Fax: (907) 376-9563
                 E-mail:abigailbeacham@hotmail.com
                 AK Bar # 9711058

MOTION FOR EXTENSION OF TIME

Abigail E. Sheldon
Attorney at Law
P.O. Box 873133
Wasilla, AK 99687
Phone: (907)376-9562
Fax: (907)376-9563

Certification:

I certify that on August 11, 2008, a copy of this document was mailed to:

Nancy R. Simel, Esq.
Assistant Attorney General
Office of Special Prosecutions & Appeals
310 K Street, Suite 308
Anchorage, AK 99501

s/Abigail E. Sheldon

MOTION FOR EXTENSION OF TIME

Abigail E. Sheldon
Attorney at Law
P.O. Box 873133
Wasilla, AK 99687
Phone: (907)376-9562
Fax: (907)376-9563