Abigail E. Sheldon
Attorney at Law
P.O. Box 873133
Wasilla, Alaska 99687
(907) 376-9562

Attorney for Defendant

**LODGED**

AUG 11 2008

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PATRICK ROBERT HARVEY )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>MARC ANTRIM, )<br>)<br>Respondent. )<br>_____ ) | Case No. 3:05-cv-0083<br><br>**PROPOSED ORDER** |

After due consideration of petitioner's MOTION FOR EXTENSION OF TIME, the court GRANTS/DENIES the motion. The petitioner's reply is now due on _____.

DATED _____, 2008 in Anchorage, Alaska.

_____
U.S. District JUDGE/MAGISTRAGE JUDGE

Abigail E. Sheldon
Attorney at Law
P.O. Box 873133
Wasilla, AK 99687
Phone: (907)376-9562
Fax: (907)376-9563